IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>            Plaintiff,                      )<br>                                                    )<br>    v.                                             )<br>                                                    )<br>LOUIS AUSTIN NICKEL,            )<br>                                                    )<br>            Defendant.                 )<br>_____ ) | Case No. CR-08-70-S-BLW<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

    The Court has before it a Report and Recommendation filed by the United States Magistrate Judge (Docket No. 17).  On August 13, 2008, Defendant Louis Austin Nickel appeared before the Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's plea of guilty to Count Three (3) of the Indictment and accept Defendant's agreement to the forfeited charge in Count Five (5) of the Indictment (Docket No. 1), and that it was entered voluntarily and with full knowledge of the consequences.  No objections to the Report and Recommendation have been filed.

    The Court now has reviewed the record, and finds that the requirements of Rule 11 have been met.  *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir.

**Order Adopting Report and Recommendation - 1**

2003). Specifically, the Court finds that the Magistrate Judge adhered to the requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists. *See id.* Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Docket No. 17) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that Defendant's plea of guilty to Count Three (3) of the Indictment and Defendant's agreement to the forfeited charge in Count Five (5) of the Indictment (Docket No. 1), and shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Louis Austin Nickel is found to be guilty to the charge in Count Three (3) of the Indictment and the Court shall accept Defendant's agreement to the forfeited charge in Count Five (5) of the

**Order Adopting Report and Recommendation - 2**

Indictment (Docket No. 1).



DATED: **December 23, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order Adopting Report and Recommendation - 3**